**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

ERNESTO RODRIGUEZ MARTINEZ,

Petitioner,

vs.

IMMIGATION AND CUSTOMS ENFORCEMENT,

Respondent.

No. C26-4054-LTS-MAR

**ORDER**

Petitioner's unresisted motion (Doc. 7) to file an amended or supplemental petition is **granted**. Petitioner will have until **July 20, 2026**, to file an amended or supplemental petition. The government's response to the amended petition is due **August 3, 2026** and any reply will be due **August 10, 2026**.

**IT IS SO ORDERED** this 14th day of July, 2026.

Leonard T. Strand
United States District Judge