**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | |
|---|---|
| ERNESTO RODRIGUEZ MARTINEZ,<br><br>Petitioner,<br><br>vs.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | No. C26-4054-LTS-KEM<br><br>**ORDER** |

---

This matter is before me on Ernesto Rodriguez Martinez's supplement (Doc. 10) to his pro se motion for leave to proceed in forma pauperis (Doc. 1).[1] The supplement comprises a print-out signed by petitioner showing his trust fund balance is $13.77, which petitioner asserts is Woodbury County Jail's equivalent of a prison trust fund statement. Doc. 10 at 1-2.

As noted in a previous order, a prisoner must submit a certified copy of the trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which the prisoner was or is confined. *See* 28 U.S.C. § 1915(a)(2); *see also* Rules Governing § 2254 Cases, Rule 1 (allowing courts to apply the Rules Governing Section 2254 Cases to all habeas cases) and Rule 3(a)(2) (making the affidavit requirement of § 1915 applicable to prisoners proceeding in § 2254 cases). Once a prisoner does so, the

[1] On July 1, 2026, I found that I could not construe his pro se motion (Doc. 1) as a properly filed motion to proceed in forma pauperis because he filed only an affidavit and did not submit a certified copy of his prison trust fund account statement. Doc. 3 at 1-2. I gave Rodriguez Martinez 30 days to either pay the $5.00 filing fee or file an amended motion to proceed in forma pauperis that includes a copy of his prison trust fund statement or institutional equivalent. *Id.*

court will calculate an initial partial filing fee in the amount of twenty percent of the greater of his average monthly account balance or average monthly deposits for the six months preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1).

Rodriguez Martinez's supplement (Doc. 10) is not certified by an appropriate official and does not show his average monthly account balance or average monthly deposits. Rodriguez Martinez will be given a final 30 days from the date of this order to either pay the $5.00 filing fee or file an amended motion to proceed in forma pauperis that includes a certified copy of his prison trust fund statement or institutional equivalent. The Clerk's office is directed to provisionally file the 28 U.S.C. § 2241 petition for a writ of habeas corpus (Doc. 1-1). [2]

**IT IS SO ORDERED** this 23rd day of July, 2026.

Leonard T. Strand
United States District Judge

---

[2] Because Rodriguez Martinez is represented by counsel, the Clerk's office need not provide him a copy of the standard in forma pauperis forms. For counsel's reference, the forms are available at:

https://www.iand.uscourts.gov/sites/iand/files/AO_240_revised072010.pdf and

https://www.iand.uscourts.gov/sites/iand/files/P%20-%20Certificate%20of%20Inmate%20Account%202024.pdf