**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | |
|---|---|
| ERNESTO RODRIGUEZ MARTINEZ,<br><br>Petitioner,<br><br>vs.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | No. C26-4054-LTS-KEM<br><br>**ORDER** |

---

This matter is before me on Ernesto Rodriguez Martinez's amended motion (Doc. 21) for leave to proceed in forma pauperis.[1] In order for a court to authorize the commencement of an action without the prepayment of the filing fee, a person must submit an affidavit that includes a statement of all the assets the person possesses. *See* 28 U.S.C. § 1915(a)(1). In addition, a prisoner must submit a certified copy of the trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which the prisoner was or is confined. *See* 28 U.S.C. § 1915(a)(2); *see also* Rules Governing § 2254 Cases, Rule 1 (allowing courts to apply the Rules Governing Section

[1] On July 1, 2026, I found that I could not construe his original pro se motion (Doc. 1) as a properly filed motion to proceed in forma pauperis because he filed only an affidavit and did not submit a certified copy of his prison trust fund account statement. Doc. 3 at 1-2. Rodriguez Martinez filed a supplement (Doc. 10) to his motion but it was not certified by an appropriate official and did not show his average monthly account balance or average monthly deposits. As such, I gave him a final 30 days to either pay the $5.00 filing fee or file an amended motion to proceed in forma pauperis. Doc. 12.

2254 Cases to all habeas cases) and Rule 3(a)(2) (making the affidavit requirement of § 1915 applicable to prisoners proceeding in Section 2254 cases).[2]

Rodriguez Martinez has now submitted documents (Doc. 21) that substantially comply with the requirements set out above, including filing a certified prison trust fund account statement. Because it is clear that he does not have the assets necessary to pay the filing fee, his motion (Doc. 1) and amended motion (Doc. 21) to proceed in forma pauperis are **granted**.

For that reason, the petition (Doc. 13) that was previously deemed provisionally filed is now properly filed.

**IT IS SO ORDERED** this 6th day of August, 2026.

Leonard T. Strand
United States District Judge

[2] However, the remaining portions of the Prison Litigation Reform Act are not applicable to habeas proceedings. *See Malave v. Hedrick*, 271 F.3d 1139, 1140 (8th Cir. 2001), citing *Anderson v. Singletary*, 111 F.3d 801, 805 (11th Cir. 1997); *see also Martin v. Bissonette*, 118 F.3d 871, 874 (1st Cir. 1997) and *Walker v. O'Brien*, 216 F.3d 626, 637 (7th Cir. 2000).