# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

| | | |
|---|---|---|
| Ernesto Rodriguez Martinez,<br>*Petitioner*<br>v.<br>Immigration and Customs Enforcement,<br>*Respondent* | ) ) ) ) ) | Civil Action No. 5:26-cv-04054-LTS-MAR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______________________ recover from the defendant *(name)* ______________________ the amount of ______________________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______________ recover costs from the plaintiff *(name)* ______________________ ______________.

☑ other: Petitioner Rodriguez Martinez's supplemental petition (Doc. 11) for a writ of habeas corpus under 28 U.S.C. § 2241 is granted. Respondent is ordered to provide Rodriguez Martinez with a bond hearing within 14 days of this order, at which it will have the burden of proving by clear and convincing evidence that his continued detention is justified. If respondent does not provide the ordered hearing within 14 days, then Rodriguez Martinez must be released from detention under the same conditions he was under immediately before his April 2026 detention. The requirement that Rodriguez Martinez receive a bond hearing within 14 days is conditioned on his removal order not becoming administratively final before then. If the removal order becomes administratively final before the 14-day period, or if his detention otherwise becomes controlled by 8 U.S.C. § 1231, respondent will no longer be required to provide such a hearing.

This action was

☑ decided by Judge Leonard T. Strand on a petition for habeas corpus relief.

Date: 8/17/26

*PAUL DE YOUNG, CLERK OF COURT*

s/ [signature] Deputy Clerk

*Signature of Clerk or Deputy Clerk*